IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TRAVIS WILLIAM BALL, | ) |
| Plaintiff, | ) Case No. 7:10CV00333 |
| v. | ) FINAL ORDER |
| CITY OF BRISTOL, VA, JAIL, | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous, and this action is stricken from the active docket of the court.

ENTER: This 30th day of July, 2010.

_____
Chief United States District Judge